DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LESLIE A. BASS,**
Appellant,

v.

**STERLING FACILITIES SERVICES, LLC,** and **BOARD OF
COUNTY COMMISSIONERS SAINT LUCIE COUNTY, FLORIDA,**
Appellees.

No. 4D2024-0648

[December 4, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Robert L. Pegg, Judge; L.T. Case No. 562017CA1108.

Mary J. Walter of Walter Appeals & General Litigation, Orlando, for appellant.

Diane H. Tutt of Conroy Simberg, Hollywood, for appellees.

PER CURIAM.

*Affirmed.*

GERBER, LEVINE and KLINGENSMITH, JJ., concur.

\*     \*     \*

***Not final until disposition of timely-filed motion for rehearing.***